DEBORAH BARRON, ESQ. SB# 153840
**LAW OFFICES OF DEBORAH BARRON**
1900 Point West Way, Suite 200
Sacramento, CA 95815
Telephone: (916) 486-1712
Facsimile:  (916) 927-5524
Email: deborah.barron@lawbarron.com

Attorneys for Plaintiff,
STEVEN DALE ZANDSTRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DALE ZANDSTRA,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY OF OROVILLE; OFFICER C. D'AMATO, and DOES 1-100, inclusive,<br><br>            Defendants. | **Case No: 2:06-CV-1077**<br><br>**ORDER** |

Satisfactory proof having been made, and good cause appearing, IT IS ORDER that:

1. The Joint Status Report shall be due on February 28, 2007.

Date: December 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER