DEBORAH BARRON, ESQ. SB# 153840
**LAW OFFICES OF DEBORAH BARRON**
1900 Point West Way, Suite 200
Sacramento, CA 95815
Telephone: (916) 486-1712
Facsimile:  (916) 927-5524
Email: deborah.barron@lawbarron.com

Attorneys for Plaintiff,
STEVEN DALE ZANDSTRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEVEN DALE ZANDSTRA,

    Plaintiff,

vs.

CITY OF OROVILLE; OFFICER C. D'AMATO, and DOES 1-100, inclusive,

    Defendants.

**Case No: 2:06-CV-01077**

**ORDER OF DISMISSAL**

**ORDER**

Plaintiff STEVEN DALE ZANDSTRA and his attorney of record respectfully requests the Court to enter an order voluntarily dismissing the above-captioned matter in its entirety without prejudice.

**IT IS ORDERED** that this case is dismissed without prejudice.

Dated:  July 2, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER